In re Baton Rouge City of; Howe, William; McHugh, Tom Ed; Holden, Melvin “Kip”; Braud, David C.; Welborn, Doug; Corsentino, V.M. “Lank”; Bergeron, Gary; George, Pearl; Imes, Lynda; Roubique, Michael G.; Curry, Gordon Jr.; Peabody, Ben Jr.; Bankston, Larry S.; applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, No. CA-86-0589; Parish of East Baton Rouge, 19th Judicial District Court, Div. “I”, No. 298-677.
Prior report: La.App., 498 So.2d 302.
Denied.